JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN L. SHEDIAK, an individual,<br><br>   Plaintiffs,<br><br>   vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>   Defendants. | Case No.: 2:19-cv-08107-MWF(ASx)<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 29, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

1
ORDER OF DISMISSAL